THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| EUGENIA BURCH,<br><br>    Plaintiff,<br><br> v.<br><br>CAPE MAY COUNTY et al.,<br><br>    Defendants. | Civil No. 24-9986 (KMW/SAK) |

**ORDER FOR ADMINISTRATIVE TERMINATION
AND STAY OF PROCEEDINGS**

  This matter having been brought before the Court by way of the Suggestion of Bankruptcy [ECF No. 11] filed on December 23, 2024 by Daniel A. Griffith, Esquire, counsel for Defendant Wellpath LLC; and it appearing to the Court that Defendant Wellpath LLC is the subject debtor in a Voluntary Chapter 11 Bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Bankruptcy Petition No. 24-90533; and the Court further noting the Amended Interim Order Enforcing the Automatic Stay of proceedings involving Defendant Wellpath LLC [Docket No. 69] entered on November 14, 2014; and for good cause shown,

  **IT IS HEREBY ORDERED** this **8th** day of January, **2025**, that the above proceedings are **STAYED** pending further Order of the Court; and it is further

  **ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** this matter until further Order of the Court.

                   s/ Sharon A. King
                   SHARON A. KING
                   United States Magistrate Judge

cc: Hon. Karen M. Williams, U.S.D.J.